

# LAW OFFICES OF
# WILLIAM CAFARO

*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
www.cafaroesq.com

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: ablum@cafroesq.com

July 24, 2025

**Via ECF**

Hon. Arun Subramanian, U.S.D.J
Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:    *Reyes v. District Council 37, American Federation of State, County & Municipal Employees, AFL-CIO et al*
              Case No. 25-cv-03744-AS

Your Honor,

    This office represents the Plaintiff in the above referenced employment action. We write, with Defendants' consent, to request an adjournment of the initial pretrial conference currently scheduled for **August 12, 2025 at 3:00PM**. We further write to request that this conference be held remotely.

    I am requesting this relief because my wife is currently pregnant with a due date in the first week of August. After the baby is born, I will be taking parental leave from my firm. Moreover, after the baby is born, I have been granted an accommodation from my firm to work remotely until the end of the year to the extent possible.

    Given the above, I request the Court adjourn the initial pretrial conference and that the conference be held remotely. The Parties have conferred and we are available on September 15 (all day), 16 (before noon), 17 (all day) and 19 (before noon).

    We thank the Court for its courtesy in this regard.

                    Respectfully Submitted,
                    LAW OFFICES OF WILLIAM CAFARO

                    */s/ Amit Kumar*

                    By Amit Kumar, Esq.

*Attorneys for the Plaintiffs*
108 West 39th Street, Suite 602
New York, New York 10018
(212) 583-7400
AKumar@CafaroEsq.com

Application GRANTED. The remote conference will take place on September 15 at the same time. The dial-in information remains the same. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 16.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: July 24, 2025