UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE REYES,<br><br>       Plaintiff,<br><br>    -against-<br><br>DISTRICT COUNCIL 37, AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, AFL-CIO and HENRY GARRIDO,<br><br>       Defendants. | 25-CV-3744 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's orders at Dkt. 5 and Dkt. 17, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in the Court's May 7, 2025 Order, Dkt. 5, no later than **September 10, 2025**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 12, 2025**.

  SO ORDERED.

Dated: September 11, 2025
    New York, New York

                  ARUN SUBRAMANIAN
                  United States District Judge